IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

          Plaintiff,

v.

JERRY J. FIORILLO,,

          Defendant.

No. CR- 94-00427 JLQ
(Civil No. C-13-4283 SI)

**ORDER**

Defendant has filed a motion under Title 28 United States Code Section 2255. Pursuant to Rule 3(b) governing proceedings in the U.S. District Court under Section 2255,

IT IS HEREBY ORDERED THAT:

1) the clerk mail a copy of this order upon all parties.

2) Within twenty-one (21) days of the date of this order, the United States shall notify the court whether the motion will be opposed or submit an agreed upon briefing schedule.

3) If the United States wishes to oppose the motion, and is unable to obtain an agreed upon briefing schedule, it shall file an opposition brief with the court and serve it upon defendant within ninety (90) days from the date of this order.

4) The defendant shall file a reply twenty-one (21) days after receiving the government's opposition.

IT IS SO ORDERED.

Dated: 9/16/13

SUSAN ILLSTON
United States District Judge

Jerry John Fiorillo
Reg. No. 88856-011
Seagoville, FCI
P.O. Box 9000
Seagoville, TX 75199-9000

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FIORILLO<br><br>　　　　Defendant._____/ | Case Number: CV13-04283 JLQ<br>**CR94-427 JL**<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 19, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerry John Fiorillo
Reg. No. 88856-011
Seagoville, FCI
P.O. Box 9000
Seagoville, TX 75199-9000

Dated: September 19, 2013

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Tracy Kasamoto, Deputy Clerk