**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY J. FIORILLO,

        Plaintiff,

  v.

USA,

        Defendant.

No. CR 94-0427 JLQ
(Civil Case No. C 13-4283 SI)

**ORDER OF REFERRAL**

The motion by plaintiff Jerry J. Fiorillo pursuant to 28 U.S.C. § 2255, opened as Civil Case No. C 13-4283 SI, is hereby REFERRED for resolution to the judge who presided over the underlying criminal action, Hon. Justin L. Quackenbush, U.S. District Judge, E.D.WA.

IT IS SO ORDERED.

Dated: September 19, 2013

_____
SUSAN ILLSTON
United States District Judge