1
2
3                    UNITED STATES DISTRICT COURT
4            FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6   JERRY J. FIORILLO,                          )
                                                )
7                                               )   No.  C-13-4283-JLQ
                                                )
8                          Plaintiff,           )
         vs.                                    )   ORDER CLOSING FILE
9                                               )
                                                )
10  UNITED STATES OF AMERICA,                   )
                                                )
11                                              )
                           Defendant.           )
12  _____ )

13        This Court has found that it lacks jurisdiction to consider the merits of Defendant's

14  successive § 2255 Motion and has ordered the Motion transferred to the Ninth Circuit

15  Court of Appeals for determination of whether Fiorillo's Motion should be authorized

16  pursuant to 28 U.S.C. § 2244(b)(3). <u>See</u> (ECF No. 2209 in case No. CR-94-0427-JLQ).

17  Accordingly,

18        **IT IS HEREBY ORDERED**:

19        1.  The District Court Executive is directed to: a) file this Order; b) furnish copies

20  to Defendant and counsel for the Government; and c) close this file.

21        2.  If the Circuit authorizes the successive § 2255 Motion, then this case shall be

22  re-opened.

23        **IT IS SO ORDERED.**

24        Dated September 30, 2013.

25                              s/ Justin L. Quackenbush
                              JUSTIN L. QUACKENBUSH
26                       SENIOR UNITED STATES DISTRICT JUDGE

27

28  ORDER - 1